IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JAMES ALLAN HENNIS, sui juris
SANDRA KAREN HENNIS, sui juris                                                    PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. 2:10cv00020 KS-MTP

TRUSTMARK BANK, et al; REGIONS BANK, et al;
BMW BANK OF NORTH AMERICA, et al;
BMW FINANCIAL SERVICES OF NA, LLC, et al;
FINANCIAL SERVICES REMARKETING, INC., et al;
BMW CARD SERVICES et al; US BANK, et al;
MANIFEST FUNDING SERVICES, et al;
ADVANTA BANK CORP., et al; HSBC BANK, et al;
DISCOVER BANK, et al; DISCOVER CARD SERVICES, et al;
BELK, et al; GE MONEY BANK, et al;
ADVANCED CALL CENTER TECHNOLOGIES, LLC, et al;
GM FLEX CARD, et al                                                                DEFENDANTS

ORDER

THIS MATTER is before the court on Plaintiffs' Motion to Deny Regions Banks' [sic] Early Request for First Set of Interrogatories and for Production of Documents. [174] Having considered the submissions of the parties and applicable law, the court finds that the motion should be DENIED for the reasons set forth below.

This court entered a Case Management Order on April 16, 2010. [116] In its Order, the court set a discovery deadline of November 1, 2010. (*Id.*) Uniform District Court Rule 26(b)(1) provides that the discovery deadline in the Case Management Order is the deadline for all discovery and any supplementation thereof to be completed. This rule does not contradict the discovery deadlines set forth in Fed. R. Civ. P. 33(b)(2) and 34(b)(2)(A) which provide for responses to interrogatories and requests for production to be made within thirty (30) days after being served.

Defendant, Regions Bank, served its interrogatories and requests for production of documents on May 20, 2010. [148, 149, 150, 151] Pursuant to Fed. R. Civ. P. 6(d), 33(b)(2) and 34(b)(2)(A), Plaintiffs' responses were due on or before June 22, 2010. Because Plaintiffs filed the instant motion [174] prior to the applicable discovery deadline, the court will extend the deadline for response to Defendant's discovery request until July 2, 2010.

IT IS, THEREFORE, ORDERED AS FOLLOWS:

1. Plaintiffs' motion [174] to strike is DENIED;

2. Plaintiffs have until on or before July 2, 2010, to respond to Defendant's discovery requests.

SO ORDERED on this the 25th day of June, 2010.

/s Michael T. Parker
United States Magistrate Judge